# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| HUBERT MARK HALL JR. AND SELMA ANITA HALL | :<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civil Action No.<br>: 7:11-cv-63 (HL) |
| WELLS FARGO BANK, NATIONAL ASSOCIATION, | :<br>:<br>: |
| Defendant. | :<br>: |

## ORDER

Before the Court is the Defendant's motion to dismiss (Doc. 3). The Plaintiffs have not filed a response to the motion, though the record shows that Plaintiffs are represented by counsel. The Plaintiffs are ordered to respond to the motion no later than July 25, 2011. The motion to dismiss will be granted and the case will be dismissed with prejudice if no response is filed.

**SO ORDERED**, this the 19th day of July, 2011.

*s/ Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

lmc